UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUIS JAIME VARGAS ESPINO,

           Plaintiff,

- against -

525 GRAND STREET, LLC, ET AL.,

           Defendants.

19-cv-335 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

The plaintiff may file and serve the amended complaint by **March 20, 2020**.

The case is referred to Magistrate Judge Moses for purposes of settlement. The parties should report to the Court on the results of the settlement discussions within five days of the conclusion of settlement discussions. If the case is not settled, the parties should confer among themselves and together submit a joint pretrial order to the Court also within five days of the conclusion of settlement discussions.

SO ORDERED.

Dated:    New York, New York
           March 9, 2020

                                    John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3-10-20