UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIME VARGAS ESPINO, et al.,

        Plaintiff,

-against-

525 GRAND STREET, LLC, et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/8/2020
```

19-CV-335 (JGK) (BCM)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

At the request of the parties, the settlement conference currently scheduled for April 13, 2020, is ADJOURNED to **May 11, 2020, at 2:15 p.m.** All other provisions of the Order Scheduling Settlement Conference (Sched. Order) (Dkt. No. 30) remain in effect, including the requirements that, no later than **May 4, 2020**, (1) the parties conduct "at least one good-faith settlement discussion, by telephone, and that each party convey to each opposing party at least one good-faith settlement demand or offer," Sched. Order ¶ 2; (2) each party submit a confidential settlement letter to chambers by email, containing the updated status of the parties' settlement negotiations to date, as well as any other new pertinent information likely to be helpful to the settlement process, *id*. ¶ 4; and (3) each party submit the Acknowledgment Form attached to the Court's Scheduling Order to chambers by email, and serve in on all other parties, identifying the individuals who will attend the settlement conference. *Id*. ¶ 5.

Dated: New York, New York
      April 8, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**