```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/05/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAIME VARGAS ESPINO, et al.,

      Plaintiff,

-against-

525 GRAND STREET, LLC, et al.,

      Defendants.

19-CV-335 (JGK) (BCM)

**ORDER RESCHEDULING
SETTLEMENT CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

    At the request of the parties, the settlement conference currently scheduled for May 11, 2020, is ADJOURNED to **June 22, 2020, at 2:15 p.m.** All other provisions of the Order Scheduling Settlement Conference (Sched. Order) (Dkt. No. 30) remain in effect, including the requirements that, no later than **June 15, 2020**, (1) the parties conduct "at least one good-faith settlement discussion, by telephone, and that each party convey to each opposing party at least one good-faith settlement demand or offer," Sched. Order ¶ 2; (2) any defendant that intends to assert an inability to pay what might otherwise be considered a reasonable settlement amount produce documents to plaintiffs' counsel sufficient to evidence their financial status, *id.* ¶ 3; (3) each party submit a confidential settlement letter to chambers by email, containing the updated status of the parties' settlement negotiations to date, as well as any other new pertinent information likely to be helpful to the settlement process, *id.* ¶ 4; and (4) each party submit the Acknowledgment Form attached to the Court's Scheduling Order to chambers by email, and serve in on all other parties, identifying the individuals who will attend the settlement conference. *Id.* ¶ 5.

    Unless the Court orders otherwise, the June 22 settlement conference will be held telephonically. The Court's teleconferencing facilities permit both joint and breakout sessions. To attend the conference, the parties are directed to call **(888) 557-8511** a few minutes before 2:15 p.m. and enter the access code **7746387**, as well as the security code that the Court will provide to maintain the confidentiality of the conference. The security code will be emailed to counsel once the Court has received the parties' settlement letters and acknowledgement forms.

Dated: New York, New York
       May 5, 2020

                                 **SO ORDERED.**

                                 _____
                                 **BARBARA MOSES
                                 United States Magistrate Judge**