```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------

LUIS JAIME VARGAS ESPINO,

              Plaintiff,        19cv335 (JGK)

    - against -                 ORDER

525 GRAND STREET LLC et al.,

              Defendants.

-----------------------------------------

**JOHN G. KOELTL, District Judge:**

    If the plaintiff does not intend to pursue the case against any defendant, it should be dismissed. Otherwise, the case proceeds.

**SO ORDERED.**

**Dated:**    New York, New York
            June 17, 2020       /s/ John G. Koeltl
                                                John G. Koeltl
                                    United States District Judge