**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────────

**LUIS JAIME VARGAS EPINO,**

               Plaintiff,        19 cv 335

                                    ORDER

    - against -

**525 GRAND STREET, LLC, ET AL.,**

               Defendants.
────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The action as against 525 Grand Street LLC is dismissed without prejudice because the plaintiff did not name 525 Grand Street LLC in the Amended Complaint. The action as against AH-Beet Foods, Inc. and John Doe Corporation is dismissed without prejudice for failure to serve the summons within the time limit provided by Federal Rule of Civil Procedure 4(m). The plaintiff should file a status report by January 4, 2021 that includes the status of this action and the bankruptcy proceedings of defendant Alphonse DiPilato.

    **SO ORDERED.**

**Dated:**    **New York, New York**
            **December 15, 2020**              /s/ John G. Koeltl
                                                             **John G. Koeltl**
                                             **United States District Judge**